# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Steven C. Rodgers,   Civil No. 09-1214 (DWF/SRN)

    Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

Michael Astrue, Commissioner
of Social Security,

    Defendant.

---

Ethel J. Schaen, Esq., Schaen Law Office; and Thomas A. Krause, Esq., Thomas A. Krause, PC, counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

This matter is before the Court upon Defendant Michael J. Astrue's ("Defendant") objections to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated July 13, 2010, recommending that: (1) Plaintiff's Motion for Summary Judgment be granted as to remand; (2) Plaintiff's Motion for Summary Judgment be denied to the extent Plaintiff seeks an outright award of benefits; (3) Defendant's Motion for Summary Judgment be denied; and (4) the case be remanded to the Commissioner for further proceedings consistent with Magistrate Judge Nelson's Report and Recommendation pursuant to sentence four of 42 U.S.C. § 405(g).

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Defendant's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Defendant Michael J. Astrue's objections (Doc. No. [17]) to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated July 13, 2010, are **DENIED**.

2. Magistrate Susan Richard Nelson's Report and Recommendation dated July 13, 2010 (Doc. No. [16]), is **ADOPTED**.

3. Plaintiff's Motion for Summary Judgment (Doc. No. [10]) is **GRANTED** as to remand.

4. Plaintiff's Motion for Summary Judgment (Doc. No. [10]) is **DENIED** to the extent Plaintiff seeks an outright award of benefits.

5. Defendant's Motion for Summary Judgment (Doc. No. [13]) is **DENIED**.

6. The case is **REMANDED** to the Commissioner for further proceedings consistent with this Report and Recommendation pursuant to sentence four of 42 U.S.C. § 405(g).


Dated: August 23, 2010         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge