UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven Charles Rodgers, | Civil No. 09-1214 (DWF/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

---

Ethel J. Schaen, Esq., Schaen Law Office; and Thomas A. Krause, Esq., Thomas A. Krause, PC, counsel for Plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Steven E. Rau. Counsel for Defendant Michael J. Astrue, Commissioner of Social Security, filed a response to the R&R on February 16, 2011 (Doc. No. 32) stating that the Commissioner had no objections to the R&R. Based on the R&R of the Magistrate Judge and on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act ("EAJA") (Doc. No. [23]) is **DENIED AS MOOT.**

      2.      Plaintiff's Amended Application for Attorney's Fees Under the EAJA (Doc. No. [27]) is **GRANTED**.

      3.      Plaintiff is awarded $3,624.18 in fees under the EAJA.

Dated: February 22, 2011        s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge